448 A.2d 1191

Jiffy Foods Corp., Appellant v. 3 Rivers Ice Cream.

Jiffy Foods Corp. v. 3 Rivers Ice Cream, Appellant.

Argued November 9, 1981. Michael Handler, for appellant (at No. 830) and for appellee (at No. 917); Ronald Morelli, for appellant (at No. 917) and for appellee (at No. 830).

Before BECK, JOHNSON and POPOVICH, JJ.

The judgment of the lower court is affirmed on the able opinion of Judge Earley.

POPOVICH, J., concurred in the result.

448 A.2d 1191

Lahet v. Lahet, Jr., Appellant.

Argued April 5, 1982. Frank C. Baker, for appellant; Michael T. Gregorowicz, for appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.